# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

150099 & (20)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SELECT PRODUCTS LIMITED,
　　　　　Plaintiff-Appellee,

v

RANDY W. LINN and LINN PRODUCTS, INC.,
　　　　　Defendants-Appellants.
_____/

SC: 150099
COA: 320503
Kalamazoo CC: 2012-000486-CB

　　　　On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without fees or costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014

